IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRIAN HEPLER,

        Plaintiff(s),        NO.  C- 11 - 0764  MMC

vs.

                              **PRETRIAL PREPARATION ORDER**

HAROLD SHAIN, et al.,

        Defendant(s).

                                             /

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY TRIAL DATE:  Monday,  April 30, 2012  at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be  4  days.

DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  January 12, 2012 .

DESIGNATION OF EXPERTS:

    Plaintiff/Defendant:  No later than  October 7, 2011 .
    Plaintiff/Defendant: Rebuttal no later than  November 21, 2011  .

    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF :  January 12, 2012 .

-2-

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DISPOSITIVE MOTIONS shall be filed no later than  January 27, 2012 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge    N/A      and scheduled to take place no later than 30 days prior to the Pretrial Conference.

PRETRIAL CONFERENCE DATE:   April 17, 2012    at **3:00 p.m.**

> **COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.**  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to the attached instructions.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than  March 12, 2012 .

FURTHER STATUS CONFERENCE:  Friday,  February 10, 2012   at 10:30 a.m.

FURTHER STATUS CONFERENCE STATEMENT DUE: Friday,  February 3, 2012  .

ADDITIONAL ORDERS:

> Case previously referred to the ADR department for Mediation by agreement of the parties.

PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED:  June 24, 2011                              _____
                                                                    MAXINE M. CHESNEY
                                                                    United States District Judge

(Revised 9/2010)