1 | BRANCART & BRANCART
  |   Christopher Brancart (SBN 128475)
2 |   Liza Cristol-Deman (SBN 190516)
  | P.O. Box 686
3 | Pescadero, CA 94060
  | Tel:   (650) 879-0141
4 | Fax:   (650) 879-1103

5 | Attorneys for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | BRIAN HEPLER,                              )    Case No. C 11 0764 MMC

11 |                   Plaintiff,              )    [PROPOSED] CONSENT DECREE AND
  |                                            )    FINAL ORDER
12 |       v.                                  )

13 | HAROLD SHAIN and MIRIAM G.                 )
  | SHAIN, in their capacity as trustees       )
14 | for the HAROLD & MIRIAM G. SHAIN           )
  | LIVING TRUST,                              )
15 |                                            )
  |                   Defendants.              )
16 | _____)

17       This action was brought by plaintiff alleging that defendants violated the Fair

18 Housing Act, 42 U.S.C. section 3601 *et seq*,. and related state laws by discriminating

19 against persons with disabilities on the basis of disability and source of income in

20 connection with the ownership and operation of the apartment building located at 2059

21 Market Street in San Francisco, California.

22       Plaintiff and defendants have agreed that in order to avoid protracted and costly

23 litigation, the controversy should be resolved without trial or adjudication on the merits,

24 and therefore have consented to the entry of this decree and order.  By entering into

25 this consent decree and order ("order"), defendants make no admission of liability or

26 wrongdoing in connection with the allegations and claims made by plaintiff.

27 ///

28 ///

1    **It is hereby ordered, adjudged, and decreed that:**

2                                      **MONETARY TERMS**

3       1.      Defendants shall make a monetary payment in the amount of $40,000 in

4    the form of a check made payable to the Attorney Client Trust Account of Brancart and

5    Brancart.  This payment shall resolve all of plaintiff's claims for damages and attorneys'

6    fees and costs.  This payment shall be made no later than 30 days after entry of this

7    order.

8                                       **RELEASE TERMS**

9       2.      Plaintiff and defendants shall execute mutual waivers and releases

10   indicating that this order constitutes a full and final settlement of any and all claims that

11   they have related to the subject matter of this lawsuit.  Those mutual waivers and

12   releases shall include a waiver of all known and unknown claims under California Civil

13   Code section 1542.

14      3.      Following the execution of the mutual waivers and releases and the

15   receipt of the payment specified in paragraph 1, plaintiff and defendants shall stipulate

16   to a dismissal of this action, subject to the terms of this order.

17                                      **EQUITABLE TERMS**

18      4.      Defendants, their employees, and their agents shall comply with the

19   following terms at each residential rental premises that they own or operate:

20      a.      Defendants shall abide by all federal and state fair housing laws in

21   connection with the operation of all residential rental properties;

22      b.      Defendants shall establish, distribute to employees and agents, and follow

23   a written policy providing for equal treatment of applicants regardless of their disability,

24   source of income and employment status;

25      c.      Defendants shall display of a fair housing poster, HUD form 928.1 in a

26   conspicuous location of the subject rental premises and at all residential rental

27   properties they own;

28      d.      Defendants shall display and make available copies of the DFEH

---

[PROPOSED] CONSENT DECREE AND FINAL ORDER; CASE NO. C-11-0764 MMC

1   pamphlet entitled "Fair Housing: You Are Protected Under California Law," DFEH 157-

2   H, in a conspicuous location of the subject rental premises and at all residential rental

3   properties they own in California;

4        e.   Defendants shall advertise each vacancy by placing a listing on Craigslist

5   or an advertisement in a publication of general circulation including the statement,

6   "We're a Fair Housing Provider," or words to that effect;

7        f.   Defendants and all of their employees and agents shall attend and pay for

8   attending a fair housing training once per year for five years conducted by Project

9   Sentinel; and,

10       g.   Defendants shall maintain copies of all documents related to the rental of

11   apartments at the subject rental premises for a period of not less than five years,

12   including but not limited to vacancy advertisements, applications, leases, and eviction

13   notices.

14                          **DURATION AND ENFORCEMENT**

15       5.   This order shall be in effect for a period of five years from the date of entry

16   and the court shall retain jurisdiction for the purposes of enforcement.  This order will

17   terminate at the end of the five-year period.

18       6.   The parties shall attempt in good faith to work out any disputes that arise

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

[PROPOSED] CONSENT DECREE AND FINAL ORDER; CASE NO. C-11-0764 MMC

1  under the terms of this order.  Only after good faith attempts have been exhausted will
2  the parties request the assistance of the court in resolving such disputes.
3       Ordered this <u>12th</u> day of <u>July</u>, 2011.
4
5
6                     Honorable Maxine M. Chesney
                      United States District Judge
7
8
9  Approved as to content and form:
   BRANCART & BRANCART
10
11 _____       Dated: 7-8-11
12 Liza Cristol-Deman
   Attorneys for Plaintiff
13
   LAW OFFICE OF SCOTT I. BASSIN
14
15 _____       Dated: 7-8-11
16 Scott I. Bassin
   Attorneys for Defendants
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] CONSENT DECREE AND FINAL ORDER; CASE NO. C-11-0764 MMC