EXHIBIT 1

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN HEPLER, | Case No. C 11 0764 MMC |
| Plaintiff, | [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT |
| v. | |
| HAROLD SHAIN and MIRIAM G. SHAIN, in their capacity as trustees for the HAROLD & MIRIAM G. SHAIN LIVING TRUST, | |
| Defendants. | |

Pursuant to the settlement agreement reached by the parties, the Court hereby dismisses this case with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for a period of five years.

IT IS SO ORDERED.

Dated: __August 5____, 2011

_____
Hon. Maxine M. Chesney
United States District Judge